IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Cr. No. 20-1820 KG

EDGAR V. DURAN,

    Defendant.

## ORDER TO RESPOND

This matter becomes before the Court *sua sponte*. Defendant Edgar V. Duran filed a Motion for Extension of Time to File Notice of Appeal on December 6, 2022. (Doc. 46). The Motion does not state whether Defendant sought the Government's position and, if he did, does not provide the Government's position on the Motion. To that end, the Government will file a response to the Motion within five (5) days from the date of this Order, stating—at a minimum—whether it concurs in or opposes Defendant's request to extend time to file his notice of appeal pursuant to Federal Rule of Appellate Procedure 4(b)(4).

    IT IS SO ORDERED.

                                                              _____
                                                               UNITED STATES DISTRICT JUDGE