IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Cr. No. 20-1820 KG

EDGAR V. DURAN,

    Defendant.

## ORDER GRANTING LEAVE TO FILE SURREPLY

The Government filed a Motion for Leave to File Surreply to Defendant Edgar Duran's Motion for Extension of Time to File Notice of Appeal. (Doc. 54). The Court finds the Motion is well taken and is hereby granted. The Government may file its surreply, if any, by 5:00pm on December 22, 2022.

    IT IS SO ORDERED.

                                                                    _____
                                                                      UNITED STATES DISTRICT JUDGE